```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FANNIE MAE WILLIAMS by her guardian
United Guardianship Services; MINDY BACKER
by her guardian Gay Lee Freedman; and ANNIE L.         **JUDGMENT**
KELLY by her guardian United Guardianship              12-CV-3953 (RRM) (RML)
Services, on behalf of themselves and all others
similarly situated,

                Plaintiffs,

      - against -

NIRAV R. SHAH, M.D., M.P.H., in his capacity as
the Commissioner of the New York State
Department of Health,

                Defendant.
----------------------------------------------------------X
```

A Memorandum and Order of the undersigned having been filed this day, granting defendant's motion to dismiss, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiffs take nothing of defendants, and that this case is hereby closed.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       March 30, 2014                   _____
                                        ROSLYNN R. MAUSKOPF
                                        United States District Judge